DAN RAYFIELD
Attorney General
MARC ABRAMS, #890149
marc.abrams@doj.oregon.gov
Assistant Attorney-in-Charge
NATHANIEL AGGREY, #172283
nathaniel.aggrey@doj.oregon.gov
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
T: (971) 673-1880
F: (971) 673-5000

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEANN JOHNSON, | Case No.  6:25-cv-0470-AA |
| Plaintiff, | DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION TO DISMISS |
| v. | |
| STATE OF OREGON; OREGON HEALTH AUTHORITY; SEJAL HATHI; BERRI LESLIE; JENNIFER MIDKIFF; ANGELA SIFUENTEZ; and JESSICA KNIELING, | |
| Defendants. | |

**I, Marc Abrams, state:**

1.      I am an Assistant Attorney-in-Charge of the Civil Litigation Section of the Oregon Department of Justice and represent defendants Oregon Health Authority, Sejal Hathi, Berri Leslie, Jennifer Midkiff, Angela Sifuentez and Jessica Knieling in this action.

2.      Attached to this declaration as Exhibit A is a copy of the document referred to in First Amended Complaint Paragraph 47.

Page 1 -    DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION TO DISMISS

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED June 11, 2025.

_s/Marc Abrams_
MARC ABRAMS
Assistant Attorney-in-Charge
Civil Litigation Section

Page 2 -    DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I certify that on June 11, 2025, I served the foregoing DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION TO DISMISSupon the parties hereto by the method indicated below, and addressed to the following:

Talia Y. Guerriero                                    ___ HAND DELIVERY
talia@beaconforjustice.com                ___ MAIL DELIVERY
David C. Higgs                                         ___ OVERNIGHT MAIL
david@beaconforjustice.com              ___ TELECOPY (FAX)
Beacon Employment Law                     ___ E-MAIL
1000 SW Broadway, Suite 2130           X  E-SERVE
Portland, OR 97205
  *Attorneys for Plaintiff*

                    *s/ Marc Abrams*
                    MARC ABRAMS, #890149
                    marc.abrams@doj.oregon.gov
                    Assistant Attorney-in-Charge
                    NATHANIEL AGGREY, #172283
                    nathaniel.aggrey@doj.oregon.gov
                    Senior Assistant Attorney General
                    Trial Attorneys
                    *Attorneys for Defendants*

Page 3 -    DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION TO DISMISS



OFFICE OF THE DIRECTOR

Tina Kotek, Governor



500 Summer St. NE E-20
Salem, OR 97301
Voice: 503-947-2340
Fax: 503-947-2341
www.oregon.gov/oha

Director Midkiff:

In your capacity as OHA's Human Resources (HR) Director, I am following up on my request for HR's assistance in processing the termination of employment for Leann Johnson, OHA Division Director of Equity & Inclusion (E&I), effective June 20, 2024. I considered whether continued engagement with Ms. Johnson through feedback and coaching would address my concerns. I determined this approach will not be effective for reasons explained in this memo.

Since beginning my appointment as OHA director on January 16, 2024, I have deliberately and with significant reflection assessed the culture of this organization, identified my leadership objectives, and considered the vision I have for OHA. As a female director of color, my leadership and organizational goals for OHA are informed by my own life experiences and the importance of inclusion for OHA, for its external partners, and for all Oregonians. As director, I am responsible for advancing this agency's equity work both internally and externally with the communities and partners we serve. This memo identifies some of the considerations supporting my decision that ending Ms. Johnson's employment is necessary to move this organization in a direction that aligns with my equity vision.

To be clear, I am not making this decision rashly or because of any one interaction with Ms. Johnson. I recognize that some external partners have provided favorable feedback regarding some of her outward facing work. Here, a concern is an imbalance in how Ms. Johnson conducts herself within OHA. My decision tracks my observations since beginning as OHA's director as well as, more importantly, input, including requests for assistance, from leadership team members and staff who have courageously and of their own volition shared their observations with me about working with Leann. These observations include:

- Significant delays in investigating and closing OHA employees' civil rights complaints, ranging from sexual harassment to racial discrimination, filed with the division she leads – resulting in an erosion of trust and confidence in the office and impacting the agency's ability to respond to parties effectively and appropriately.
- Challenges valuing and executing enterprise-, agency-, and team-wide needs and decisions over her personal and divisional priorities.
- An approach to navigating some disagreements and differences of opinion with colleagues, supervisors, and staff outside her division that has impacted these individuals' psychological safety, hindered effective collaboration, and undermined trust and morale on the agency leadership team.
- An inability, or unwillingness, to constructively receive, accept, and act upon feedback – from myself and from other members of executive agency leadership, on some of these and other points privately discussed with her.

As we move forward, it is imperative that all agency leaders commit to fostering a supportive and inclusive environment for all staff – one that helps attract, retain, and support the growth of staff of all backgrounds and that fosters authentic and genuine belonging. My objective is to find a permanent E&I Director who will partner with the agency leadership team to thoughtfully strive to:

- Dismantle intra- and inter-agency siloes, and both acknowledge and proactively foster an agency where all divisions, all units, all staff may cultivate leadership and ownership over our equity and inclusion goals.
- Steward, shape, and support a learning-centric culture– ensuring that staff and team members feel safe to ask questions, express differing opinions, and make mistakes without fear of belittlement or retaliation.
- Call in rather than call out, modeling and assuming positive intent and mutual respect with others.
- Practice and prioritize customer service and outcomes-driven accountability across divisional programs, policies, and services, both internal and external to OHA – and transparently elevate any barriers to doing so to agency leadership.

These commitments will be crucial to achieving our 2030 vision to eliminate health inequities and fostering belonging both within our own workplace and with the communities and partners we are called to serve. I look forward to bringing on a national search firm that can help us find a strong new leader.

Please proceed with drafting the necessary documents for Leann's separation and let me know if you need any further information or assistance in this process. As noted previously, I plan to take this action on Thursday, June 20 at our regularly scheduled meeting. I have asked Ashley to join and would also like to have you or one of the members of your HR leadership team be present with Ashley and me. This meeting will be in person in our Portland office, and it is important to me to have HR present in person as a resource and support for Leann.

Finally, I understand Leann has brought forward several complaints of race discrimination or retaliation against various personnel in the agency (none of which, I have been advised, have been substantiated). If there are any current outstanding complaints or if any future complaints are received, it is a priority to promptly investigate these matters and to take appropriate action to address any substantiated allegations.

Thank you for your attention to these requests.

With best,

Sejal