**Talia Y. Guerriero**, OSB #115271
talia@beaconforjustice.com
**David C. Higgs**, OSB #114193
david@beaconforjustice.com
Beacon Employment Law
1000 SW Broadway, Suite 2130
Portland, OR 97205
503-673-1388 (Phone)
503-564-4689 (Fax)
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LEANN JOHNSON**, an individual, | Case No. 6:25-cv-00470-AA |
| Plaintiff, | |
| v. | **DECLARATION OF TALIA Y. GUERRIERO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS AND TO SUBSTITUTE AND TO STRIKE** |
| **STATE OF OREGON,** by and through the **OREGON HEALTH AUTHORITY**; and **SEJAL HATHI**, in her individual and official capacities; **BERRI LESLIE**, in her individual and official capacities; **JENNIFER MIDKIFF**, in her individual and official capacities**; ANGELA SIFUENTEZ**, in her individual and official capacities; and **JESSICA KNIELING**, in her individual and official capacities; | |
| Defendants. | |

Page 1 of 2 – DECLARATION OF TALIA Y. GUERRIERO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS AND TO SUBSTITUTE AND TO STRIKE

**BEACON EMPLOYMENT LAW**
1000 SW Broadway, Suite 2130
Portland, Oregon 97205
Phone: 503-673-1388 / Fax: 503-564-4689
talia@beaconforjustice.com

I, Talia Y. Guerriero, declare and testify as follows:

1. I am counsel for Plaintiff in the above-captioned matter and am competent to testify to the facts stated in this declaration, based on my personal knowledge.

2. Attached hereto as **Exhibit 1** are email exchanges that I had with Defense counsel.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: June 30, 2025.          **BEACON EMPLOYMENT LAW**

                                              s/Talia Y. Guerriero
                                              Talia Y. Guerriero, OSB #115271
                                              talia@beaconforjustice.com
                                              David C. Higgs, OSB #114193
                                              david@beaconforjustice.com
                                              Of Attorney for Plaintiff

Page 2 of 2 – DECLARATION OF TALIA Y. GUERRIERO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS AND TO SUBSTITUTE AND TO STRIKE

**BEACON EMPLOYMENT LAW**
1000 SW Broadway, Suite 2130
Portland, Oregon 97205
Phone: 503-673-1388 / Fax: 503-564-4689
talia@beaconforjustice.com



Talia Yasmeen Guerriero <talia@beaconforjustice.com>

## RE: Johnson v. OHA 7-1 conferral

**Abrams Marc** <Marc.Abrams@doj.oregon.gov>  Tue, Jun 10, 2025 at 12:22 PM
To: Talia Yasmeen Guerriero <talia@beaconforjustice.com>
Cc: "david@beaconforjustice.com" <david@beaconforjustice.com>, Aggrey Nathaniel <Nathaniel.Aggrey@doj.oregon.gov>

Correct.  We will not be asserting *Pennhurst* on the state law claims.

Marc

**Marc Abrams**

971-673-0913 (M-Th) 503-740-4995 (F)

marc.abrams@doj.oregon.gov

---

**From:** Talia Yasmeen Guerriero <talia@beaconforjustice.com>
**Sent:** Tuesday, June 10, 2025 12:18 PM
**To:** Abrams Marc <Marc.Abrams@doj.oregon.gov>
**Cc:** david@beaconforjustice.com; Aggrey Nathaniel <Nathaniel.Aggrey@doj.oregon.gov>
**Subject:** Re: Johnson v. OHA 7-1 conferral

> **\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Hi Marc -

Can you confirm this part of my letter?

*1. Pendant Jurisdiction*

*On April 9, 2025, you asked Plaintiff to withdraw state law claims against the State of Oregon and to withdraw claims against the individuals in their "official capacities" based upon Pennhurst State School & Hospital v. Halderman,* 465 U.S. 89 *(1984) (Pennhurst II); Mitchell v. Franchise Tax Board, 209 F.3d 1111 (9th Cir. 2000). We discussed the possibility of the State waiving jurisdiction such that we could keep all of Plaintiff's claims in one Court. On April 29, 2025, you affirmatively waived the assertion of sovereign immunity and agreed to jurisdiction in the Federal District Court of Oregon so that all claims can be maintained in federal court. Please confirm.*

Thanks,

Talia

_____

**Talia Yasmeen Guerriero**

**Beacon Employment Law**

www.beaconforjustice.com

1000 SW Broadway Suite 2130

Portland, OR 97205

Main: (503) 673-1388

Direct: (503) 658-9254

On Tue, May 20, 2025 at 2:08 PM Talia Yasmeen Guerriero <talia@beaconforjustice.com> wrote:

> Hi Marc -
>
> Please see the attached correspondence and draft Amended Complaint I plan to file tomorrow. Attached is a draft of the acceptance of service.
>
> Please let me know right away if you have any continuing concerns you think we can address early.
>
> Sincerely,
>
> Talia
>
> _____
>
> **Talia Yasmeen Guerriero**
>
> **Beacon Employment Law**
>
> www.beaconforjustice.com
>
> 1000 SW Broadway Suite 2130
>
> Portland, OR 97205
>
> Main: (503) 673-1388
>
> Direct: (503) 658-9254
>
> On Tue, Apr 29, 2025 at 10:09 AM Abrams Marc <Marc.Abrams@doj.oregon.gov> wrote:
>
>> Talia—
>>
>> As to property interest, you need a loss of *profession* not merely a job. There is no allegation of loss of profession. *Engquist v. Dept. of Agriculture*, 478 F.3d 985 (9th Cir. 2007), *aff'd* 553 U.S. 591 (2008); *Nicholas v. Pennsylvania State Univ.*, 227 F.3d 133, 142-43 (3d Cir. 2000).
>>
>> As to the name clearing hearing, although you made the boilerplate allegation that the letter harmed plaintiff's "morality and honesty," Complaint Para. 45, that is clearly simply not correct. The letter is the furthest thing from that, and the types of comments it contains are of a type court find unactionable. *Roley v. Pierce County Fire Protection District*, 869 F.2d 491 (9th Cir. 1989); *Stretten v. Wadsworth Veterans Hospital*, 537 F.2d 361, 366 (9th Cir. 1976).
>>
>> Marc
>>
>> **Marc Abrams**

971-673-0913 (M-Th) 503-740-4995 (F)

marc.abrams@doj.oregon.gov

---

**From:** Talia Yasmeen Guerriero <talia@beaconforjustice.com>
**Sent:** Tuesday, April 29, 2025 9:37 AM
**To:** Abrams Marc <Marc.Abrams@doj.oregon.gov>
**Cc:** david@beaconforjustice.com; Aggrey Nathaniel <Nathaniel.Aggrey@doj.oregon.gov>
**Subject:** Re: Johnson v. OHA 7-1 conferral

> **\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Thanks, Marc.

Can you provide more about the basis of your position regarding the name clearing and property loss issues, including any relevant legal citations?

We were waiting in service until we figured out the venue issues.

Talia

_____

**Talia Yasmeen Guerriero**

**Beacon Employment Law**

www.beaconforjustice.com

1000 SW Broadway Suite 2130

Portland, OR 97205

Main: (503) 673-1388

Direct: (503) 658-9254

> On Apr 29, 2025, at 9:09 AM, Abrams Marc <Marc.Abrams@doj.oregon.gov> wrote:
>
> Talia—
>
> After conferring with our Front Office, I have authority to waive our assertion of *Pennhurst* so that the state law claims can be maintained in federal court.
>
> That said, we have concluded that this matter does not qualify for a name clearing hearing or constitute a 14th amendment property loss, so we are adding those to the issues we will need to raise with the Court. Please let me know whether you wish to discuss those matters and whether you have come to any decisions as to the issues previously raised.
>
> Also, we are still awaiting your service waivers.

Marc

**Marc Abrams**

971-673-0913 (M-Th) 503-740-4995 (F)

marc.abrams@doj.oregon.gov

---

**From:** Abrams Marc <Marc.Abrams@doj.oregon.gov>
**Sent:** Tuesday, April 15, 2025 3:18 PM
**To:** talia@beaconforjustice.com; david@beaconforjustice.com
**Cc:** Aggrey Nathaniel <Nathaniel.Aggrey@doj.oregon.gov>
**Subject:** Johnson v. OHA 7-1 conferral

Talia—

Thanks for meeting with us today.

The following are our issues on the motion to dismiss.  I will defer to Nate and you to have the discussion on the motion to strike.

1. We ask that you withdraw your state law claims as against the Oregon Health Authority.  There is no pendent jurisdiction for state law claims against an arm of a state.  It is basic constitutional law that a federal court lacks jurisdiction to hear a state law claim against a sovereign state.  *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89 (1984) *(Pennhurst II)*; *Mitchell v. Franchise Tax Board*, 209 F.3d 1111 (9th Cir. 2000).  Therefore, we ask that you drop the Fifth, Seventh, Eighth and Ninth Claims and that portion of the Sixth claim against OHA from the Complaint.  We recognize you have the right to file those claims in state court, nut preserving the ability of Oregon courts to make Oregon law is a DOJ prime directive.

2. In addition, claims brought against state officials in their official capacity are similarly barred under the Eleventh Amendment.  *California v. Deep Sea Research*, 523 U.S. 491, 501 (1998); *Smith v. Reeves*, 178 U.S. 436 (1900).  Accordingly, I ask that you remove the words "and official" from the First, Second, Third and Fourth Claims for Relief and file an amended complaint containing these changes.

3. Under ORS 30.265, individual parties should have the state substituted for them in state law claims.  We therefore request you agree to substitution for the Sixth and Tenth Claims for Relief

4. Prayer for Relief No. 2 requests "injunctive relief prohibiting further violation" and "Notice, a post-termination hearing, and a name-clearing hearing,"  Hypothetical relief for speculative injury may not be remedied in this fashion. *Thomas v. Anchorage Equal Rights Commission*, 220 F.3d 1124 (9th Cir. 2000).  We therefore ask that you remove that request from the Prayer.

5. There is no allegation as to any fact with regard to Jennifer Midkiff other than to identify her in Paragraph 6.  Given that there ae no allegations, we ask that she not be continued as a defendant in this case.  We would, of course, make her available for deposition should she be requested.

6. I ask that you consider that with the possible exception of Dr. Hathi, your allegations are essentially that others participated in a reclassification.  You do not allege (and we would think in good faith it would be difficult to allege) that any of Leslie, Midkiff, Sifuentez or Knieling acted with gender or race animus.  Accordingly, it would appear that absent considerably more specificity linking any defendant to a "knowing violation" of a constitutional right, qualified immunity would attach as to the first four Claims for Relief, and we ask you consider withdrawing those.  *Harlow v. Fitzgerald*, 457 U.S. 800 (1982); *Brosseau v. Haugen*, 543 U.S. 194, 202 (2004).  Recent Supreme Court decisions have required a considerable level of specificity that would arguably be in excess of general notice pleading requirements.  *Rivas-Villegas v. Cortesluna*, 595 U.S. 1, 142 S. Ct. 4 (2021).

7. Finally, we have yet to look at the current state of the law on name clearing in depth, but it is possible we will have concerns about the viability of that as well. We will focus on that shortly and get back to you.

Marc

Marc Abrams

Assistant Attorney in Charge | Civil Litigation Section | Trial Division

Oregon Department of Justice

100 SW Market, Portland OR, 97201

971-673-0913 (M-Th) 503-740-4995 (F)

marc.abrams@doj.oregon.gov

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. ************************************

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. ************************************

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. ************************************