IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LEANN JOHNSON**, an individual, | Case No. 6:25-cv-00470-AA |
| Plaintiff, | |
| v. | |
| **STATE OF OREGON,** by and through the **OREGON HEALTH AUTHORITY**; and **SEJAL HATHI**, in her individual and official capacities; **BERRI LESLIE**, in her individual and official capacities; **JENNIFER MIDKIFF**, in her individual and official capacities**; ANGELA SIFUENTEZ**, in her individual and official capacities; and **JESSICA KNIELING**, in her individual and official capacities; | **JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE** |
| Defendants. | |

/ / /

Page 2 – JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to Fed. R. Civ. P. 26(f) and LCR 26-1, counsels for Plaintiff Leann Johnson ("Plaintiff") and Defendants State of Oregon, Hathi, Sifuentez, Leslie, Midkiff, and Knieling (collectively "Defendants") participated in a Rule 26(f) conference as well as subsequent conferral and hereby jointly submit this Joint Discovery and proposed Case Management Plan.

### 1.  Proposed Discovery/Case Management Deadlines

The parties jointly propose the following deadlines for discovery and case management of this matter:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery; file all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15; join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19; and file all discovery motions. | July 22, 2025 | March 31, 2026 |
| Dispositive Motions | July 22, 2025 | May 15, 2026 |
| Joint ADR Report | August 21, 2025 | The parties shall submit a joint ADR report within 30 days after the court's ruling on dispositive motions or, if no dispositive motions are filed, by May 31, 2026. |
| Expert Disclosures | N/A | Trial and all other pre-trial deadlines shall be set at the court's convenience after ruling on dispositive motions, or at such time as dispositive motions are deemed not necessary. |

Page 3 – JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE

**2.      Subjects on Which Discovery May Be Needed.** The Parties have conferred on categories of discovery and depositions. The Parties anticipate they will need to conduct discovery for documents, communications, depositions, and other information related to Plaintiff's employment and termination, Defendants' employment practices and policies, comparator and me-too evidence, Plaintiff's complaints of discrimination and retaliation, and Plaintiff's damages. The Parties anticipate producing confidential information and have already agreed to attempt to jointly draft a Stipulated Protective Order to submit to the Court for approval.

**3.      Issues About Disclosures, Discovery, or Preservation of Electronically Stored Information.** The parties will provide initial disclosures along with their first set of responses to the other party's first requests for production. The Parties anticipate conducting traditional discovery as well as ESI searches. Counsel for the Parties will communicate about the production of ESI during the course of discovery and will attempt to resolve any issues before involving the Court. The parties anticipate a need to bring a discovery dispute regarding access to Defendants' personal cell phones to the Court but will attempt to resolve the matter and complete conferral before bringing the matter to the Court.

**4.      Issues about Claims of Privilege or Protection of Trial Preparation Materials.** The Parties do not anticipate any issues regarding privilege or other protections.

**5.      Proposed Limitations on Discovery.** The Parties otherwise are not aware of any changes that should made to the limitations on discovery under the Federal Rules of Civil Procedure or the District's Local Rules.

/ / /

/ / /

6.    **Discovery-Related Orders.** The Parties are not aware of the need for any discovery-related orders other than the Stipulated Protective Order.

Dated: July 15, 2025.                    **BEACON EMPLOYMENT LAW**

    s/Talia Y. Guerriero
Talia Y. Guerriero, OSB #115271
talia@beaconforjustice.com
David C. Higgs, OSB #114193
david@beaconforjustice.com
Of Attorneys for Plaintiff

Dated: July 15, 2025.                    **DEPARTMENT OF JUSTICE**

*s/Nathaniel Aggrey*
Nathaniel Aggrey, OSB #172283
Nathaniel.Aggrey@doj.oregon.gov
Of Attorneys for Defendants

Page 5 – JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE