DAN RAYFIELD
Attorney General
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
NATHANIEL AGGREY, #172283
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.oregon.gov
          nathaniel.aggrey@doj.oregon.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEANN JOHNSON, | Case No.  6:25-cv-0470-AA |
| Plaintiff, | DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION FOR ADDITIONAL TIME FOR DEPOSITION |
| v. | |
| STATE OF OREGON; OREGON HEALTH AUTHORITY; SEJAL HATHI; BERRI LESLIE; JENNIFER MIDKIFF; ANGIE SIFUENTEZ; and JESSICA KNIELING, | |
| Defendants. | |

I, MARC ABRAMS, hereby declare the following:

1.  I am Assistant Attorney-in-Charge for Civil Litigation for the Oregon Department of Justice.  With Nate Aggrrey, I represent defendants in this case.  Among those defendants are Sejal Hathi, the Director of the Oregon Health Authority; Jessica Knieling, the chief Human Resources Officer for the State of Oregon; and Berri Leslie, the former Director of the Department of Administrative Services and now the Chief Operating Officer of the Oregon Department of Justice.

Page 1 -    DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION FOR ADDITIONAL
                TIME FOR DEPOSITION

2. I have practiced law for 45 years, 41 of it as an employment attorney. I have litigated hundreds of employment cases and taken hundreds of plaintiffs' depositions. This is only the fourth time I have been refused a second day of a plaintiff's deposition by their counsel in all those years.

3. From the outset of this case, based upon the complexity of the allegations, the number of the claims, the number of documents involved, and the panoply of facts that must be established or disproved, I had a reasonably good sense of how long plaintiff's deposition will take. In her initial rule 26 disclosures, plaintiff listed *eighty-three* persons with knowledge of the facts of the case. Given claims alleging race discrimination, race retaliation, whistleblowing of three different types, and liberty and property interest claims under the 14th Amendment, and generalized aider and abettor liability, in my considered opinion, this deposition simply cannot be completed in less than fourteen hours. Frankly, even a two-day deposition might be insufficient, but that is all we request.

4. Accordingly, on December 23, 2025, I wrote plaintiff's counsel asking whether she would consent to a two-day deposition given that the defense was not likely to need many (if any) other depositions. Plaintiff's counsel on January 9, 2026 rejected the request without providing a foundation for doing so. A copy of that e-mail exchange is attached as Exhibit A. For several months we have attempted to negotiate this issue, but as of March 18, 2026, plaintiff's counsel was still unwilling to agree. A copy of her last e-mail on the subject is attached as Exhibit B. Her proposal, which would leave entirely in her hands a subjective decision as to whether defendants could continue plaintiff's deposition, is unworkable. We would either have significantly to truncate the deposition not knowing whether plaintiff's counsel would at the very end agree to extend it, or gamble and only ask the first half and perhaps never obtain discovery. Neither is a reasonable outcome in a system where the Rules of discovery are structured and intended to eliminate surprise.

Page 2 -   DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION FOR ADDITIONAL
            TIME FOR DEPOSITION

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED March 20, 2026.

                    _s/ Marc Abrams_
                    MARC ABRAMS
                    Assistant Attorney-in-Charge

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on March 20, 2026, I served the foregoing DECLARATION OF MARC ABRAMS IN SUPPORT OF MOTION FOR ADDITIONAL TIME FOR DEPOSITION upon the parties hereto by the method indicated below, and addressed to the following:

Talia Y. Guerriero          ___ HAND DELIVERY
Izzy Diagostino             ___ MAIL DELIVERY
Beacon Employment Law     ___ OVERNIGHT MAIL
1000 SW Broadway, Suite 2130   _X_ E-FILING
Portland, OR 97205          ___ EMAIL:
*Of Attorneys for Plaintiff*          talia@beaconforjustice.com
                                      izzy@beaconforjustice.com


Beth Ann Creighton         ___ HAND DELIVERY
Creighton & Rose, PC       ___ MAIL DELIVERY
735 SW First Avenue, Suite 300   ___ OVERNIGHT MAIL
Portland, OR 97204          _X_ E-FILING
*Of Attorneys for Plaintiff*          ___ EMAIL:
                                      beth@civilrightspdx.com


                              *s/ Marc Abrams*
                              MARC ABRAMS, #890149
                              Assistant Attorney-in-Charge
                              NATHANIEL AGGREY, #172283
                              Senior Assistant Attorney General
                              Trial Attorneys
                              Tel (971) 673-1880
                              Fax (971) 673-5000
                              marc.abrams@doj.oregon.gov
                              nathaniel.aggrey@doj.oregon.gov
                              *Of Attorneys for Defendants*

Page 1 -    CERTIFICATE OF SERVICE

## Jo-Ann Baccari

| | |
|---|---|
| **From:** | Talia Yasmeen Guerriero <talia@beaconforjustice.com> |
| **Sent:** | Friday, January 9, 2026 11:51 AM |
| **To:** | Marc Abrams; Izzy Diagostino; beth creighton; Amy Joy Mathis |
| **Cc:** | Nathaniel Aggrey |
| **Subject:** | Re: Johnson: plaintiff's deposition |

> **\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Marc:

I am not prepared to stipulate to such an extension in advance. I believe it is more prudent to try to efficiently complete the deposition within the guidelines and seek a second day as may be necessary.

Please also copy Beth, Izzy, and Amy on all our communications.

Thanks,
Talia

---

**Talia Yasmeen Guerriero** (she/her)
**Beacon Employment Law**
www.beaconforjustice.com
1000 SW Broadway Suite 2130
Portland, OR 97205
Main: (503) 673-1388
Direct: (503) 658-9254

On Tue, Dec 23, 2025 at 10:55 AM Marc Abrams <Marc.Abrams@doj.oregon.gov> wrote:

> Talia—
>
> Although we may seek a few other depositions, at this time our only know deposition is, of course, that of plaintiff. I estimate I will need two days given the extensive fact pattern and the number of persons you have disclosed as having information that need to be inquired into. I would like to take plaintiff's deposition in May. Please let me know whether you will consent to a two-day deposition given that we are not likely to have many others. I have typically found federal courts willing to grant that extension given the nature of employment claims and the primary need of the defense being plaintiff's deposition.
>
> Marc

1

**Marc Abrams**

Assistant Attorney in Charge | Civil Litigation Section | Trial Division

Oregon Department of Justice

100 SW Market, Portland OR, 97201

971-673-0913 (M-Th) 503-740-4995 (F)

marc.abrams@doj.oregon.gov

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. *********************************

2

## Jo-Ann Baccari

| | |
|---|---|
| **From:** | Talia Yasmeen Guerriero <talia@beaconforjustice.com> |
| **Sent:** | Wednesday, March 18, 2026 4:12 PM |
| **To:** | Marc Abrams |
| **Cc:** | beth creighton; Nathaniel Aggrey; Amy Joy Mathis |
| **Subject:** | Re: Johnson depositions |

**\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Hi Marc -

Thanks for the response. Any progress on the timing of the June depositions? I'm trying to schedule some other cases as well.

I am struggling to reconcile your need for a two-day deposition with your objections to the scope of my proposed depositions. I think we should either (1) see how Ms. Johnson's first day goes, or (2) have the court resolve the scope of our anticipatory deposition limit requests.

We object to the scope of both the medical and mental health records requests and can also work to resolve those with the Court. If you'd like to pick a date to mutually exchange our legal authority, I'm happy to do so in advance of submitting it to the Court in case there's a chance we can get it resolved.

Thanks,
Sincerely,
Talia

**Talia Yasmeen Guerriero** (she/her)
**Beacon Employment Law**
www.beaconforjustice.com
1000 SW Broadway Suite 2130
Portland, OR 97205
Main: (503) 673-1388
Direct: (503) 658-9254

On Tue, Mar 10, 2026 at 8:10 AM Marc Abrams <Marc.Abrams@doj.oregon.gov> wrote:

Talia—

I understand we cannot defer indefinitely.  This schedule generally looks good, and I am happy to draft and file the proposed amended schedule for Judge Aiken, but you are silent as to the two-days for Ms. Johnson question, which we still must either agree to or litigate.  I would suggest we use the June dates for the first four of you depositions, August