**Talia Y. Guerriero**, OSB No. 115271
talia@beaconforjustice.com
**Izzy Diagostino**, OSB No.256456
izzy@beaconforjustice.com
BEACON EMPLOYMENT LAW
1000 SW Broadway, Suite 2130
Portland, OR 97205
503-673-1388 (Phone)
503-594-4689 (Fax)

**Beth Ann Creighton**, OSB No. 972440
beth@civilrightspdx.com
CREIGHTON & ROSE, PC
Strowbridge Building, Suite 300
735 SW First Avenue
Portland, OR 97204
503-221-1792 (Phone)
503-223-1516 (Fax)

**Of Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LEANN JOHNSON**, an individual, | Case No. 6:25-cv-00470-AA |
| Plaintiff, | |
| v. | |
| **STATE OF OREGON,** by and through the **OREGON HEALTH AUTHORITY**; and | **DECLARATION OF LEANN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO** |

Page 1 – DECLARATION OF LEANN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL MEDICAL RECORDS

**BEACON EMPLOYMENT LAW**
1000 SW Broadway, Suite 2130
Portland, Oregon 97205
Phone: 503-673-1388 / Fax: 503-594-4689
talia@beaconforjustice.com

**SEJAL HATHI**, in her individual and official capacities; **BERRI LESLIE**, in her individual and official capacities; **JENNIFER MIDKIFF**, in her individual and official capacities**; ANGELA SIFUENTEZ**, in her individual and official capacities; and **JESSICA KNIELING**, in her individual and official capacities;

Defendants.

**DEFENDANTS' MOTION TO COMPEL MEDICAL RECORDS**

I, Leann Johnson, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to these matters.

2. I submit this declaration in support of Plaintiff's Response to Defendants' Revised Motion to Compel Medical Records (ECF No. 35).

3. I have received psychotherapy from licensed mental health professionals in the course of diagnosis and treatment of my mental and emotional health.

4. Each provider who has treated me holds a professional license at the level of MSW, LCSW, or Psy.D., and all communications between us occurred in the course of a professional therapeutic relationship.

5. The identities of my psychotherapy providers will be disclosed to Defendants' counsel promptly upon entry of a Protective Order in this matter, unless the Court orders otherwise.

Page 2 – DECLARATION OF LEANN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL MEDICAL RECORDS

**BEACON EMPLOYMENT LAW**
1000 SW Broadway, Suite 2130
Portland, Oregon 97205
Phone: 503-673-1388 / Fax: 503-564-4689
talia@beaconforjustice.com

6.  I do not intend to call any treating therapist or mental health provider as a witness at trial.

7.  I do not intend to introduce the substance of any psychotherapist-patient communication as evidence at trial.

8.  I do not intend to seek the cost of mental health treatment as a separate category of damages. I do intend to testify in my own words about the emotional impact of Defendants' conduct on my mental health, sleep, relationships, and daily life.

9.  My psychotherapy records begin as early as January 2017. The conduct I allege in this lawsuit began in early 2024, when Defendant Hathi joined OHA, and culminated in my termination on June 21, 2024. My therapy records, therefore, predate the core events at issue in this case by approximately six to seven years.

10. My therapy records contain sensitive and private information about members of my family who are not parties to this action.

11. The family member information contained in my therapy records has no connection to the employment discrimination and retaliation claims asserted in this lawsuit and is not relevant to any issue before the Court.

12. I believe disclosure of my family members' private information without their knowledge or consent would cause them significant harm and is not justified by any legitimate discovery need in this proceeding.

Page 3 – DECLARATION OF LEANN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL MEDICAL RECORDS

**BEACON EMPLOYMENT LAW**
1000 SW Broadway, Suite 2130
Portland, Oregon 97205
Phone: 503-673-1388 / Fax: 503-564-4689
talia@beaconforjustice.com

13. I have not sought physical medical treatment as a result of the conduct alleged in my complaint. I will not call any treating physician as a witness at trial and will not introduce any physical medical records into evidence.

### DECLARATION UNDER 28 U.S. Code § 1746

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on ___4/17/2026___.

*Leann Johnson*
ID BcPNGMyUyF4HbNTZfwqAAK8f

Leann Johnson, Plaintiff

Page 4 – DECLARATION OF LEANN JOHNSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL MEDICAL RECORDS

**BEACON EMPLOYMENT LAW**
1000 SW Broadway, Suite 2130
Portland, Oregon 97205
Phone: 503-673-1388 / Fax: 503-564-4689
talia@beaconforjustice.com

## eSignature Details

**Signer ID:**           **BcPNGMyUyF4HbNTZfwqAAK8f**
Signed by:          Leann R Johnson
Sent to email:      leannrjohnson51@gmail.com
IP Address:         107.190.214.42
Signed at:          Apr 17 2026, 3:08 pm PDT